# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2012

144600 & (116)(117)(118)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IN RE MANUEL J. MOROUN and
DAN STAMPER.

_____

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
        Plaintiff-Appellee,

v

DETROIT INTERNATIONAL BRIDGE
COMPANY and SAFECO INSURANCE
COMPANY OF AMERICA,
        Defendants,

and

MANUEL J. MOROUN and DAN STAMPER,
        Appellants.

_____/

SC: 144600
COA: 308053
Wayne CC: 09-015581-CK

      On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the February 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2012

_____
Clerk

h0306